FILED

2019 SEP -9 PM 4:01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

WILLIAM F. SHAFNACKER,

    Plaintiff,

v.

CASE NO: 3:19-cv-1054-J-32MCR

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff sues Defendant and alleges:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty or maritime claim within the meaning of Rule 9 (h). This court has jurisdiction of this action by virtue of the Suits in Admiralty Act, 46 U.S.C. § 30901 et seq., or, alternatively, by virtue of the Public Vessels Act, 46 U.S.C. § 31101 et seq.. This is a cause of action seeking relief on both *in rem* and *in personam* principles.

2. Plaintiff WILLIAM F. SHAFNACKER is an individual who at all times material hereto has resided in Jacksonville, Florida, and is the owner of the M/V DAMES POINTER.

3. The DAMES POINTER is a 43' fiberglass hull Hatteras motor vessel, bearing United States Documentation Official Number 541506, hull I.D. # 42C351.

4. Defendant United States of America is now and at all material times was the owner of the vessel TORNADO 14 (TDO) (PC-14) which was at all material times operated by the United

States Navy and was employed as a United States Navy Ship.

5. The vessel TORNADO 14 now is, or during the pendency of this action will be, within this district.

6. If the said vessel had been privately owned and possessed, Plaintiff could have maintained a complaint *in rem* against the vessel.

7. If a private person were in similar circumstances involved, Plaintiff could bring an action against that person which would be within the admiralty and maritime jurisdiction of the United States.

8. Administrative notice of this claim was duly presented and this claim was assigned Department of the Navy Claim number ACC# 18-041, which was administratively denied on or about September 26th, 2018.

9. At the time of the circumstances giving rise to this Complaint, the vessel TORNADO 14 was in service as a United States Navy Ship and was at anchor or maneuvering within the St. Johns River, within this Middle District.

10. On or about September 11, 2017 the vessel DAMES POINTER was secured to her dock at 5632 Heckscher Drive, in Jacksonville, Florida, in anticipation of bad weather.

11. On or about September 11th, 2017, the SEA BISCUIT was at anchor in anticipation of bad weather. During that time, the crew of the TORNADO 14 interfered with the anchored SEA BISCUIT and maneuvered the TORNADO 14 vessel in such a manner as to increase the risk of impact with the SEA BISCUIT. As the events progressed, the crew of the TORNADO 14 cut the anchor chain of the SEA BISCUIT, and cast that vessel free of her anchor and of all control, leaving her adrift and not under command in bad weather. As a direct consequence of

the actions of the crew of the TORNADO 14, SEA BISCUIT drifted to shore, through the dock of a neighboring residence, allided with the DAMES POINTER, and was stranded aground, doing substantial damage to the dock and the vessel DAMES POINTER, owned by Plaintiff SHAFNACKER.

12. The actions of the vessel TORNADO 14 and those in charge of her were negligent and in careless or reckless disregard of the safety of life and property in the surrounding area.

13. As a direct and proximate result of the negligence of the vessel TORNADO 14 and those in charge of her, Plaintiff's property was damaged, and emergency towing of the vessel was required. The reasonable cost for towing and repairs to the hull, machinery and appurtenances of the vessel is $69,500.00.

14. Demand has been made on defendant United States of America by the plaintiff for the payment of damages as aforesaid, but defendant United States of America has failed, refused, and neglected to pay the amount demanded.

WHEREFORE, Plaintiff demands judgment against defendant for the sum of $69,500.00, together with interest thereon, and costs of this action, and such other and further relief as this court may deem proper.

> BOYD LAW, P.A.
> 6817 Southpoint Parkway, #1801
> Jacksonville, FL 32216-6299
> 904 470-0110
> 904 470-0116
> tim@boydmaritimelaw.com
>
> /S Thomas A. Boyd
> _____
> Thomas A. Boyd, Jr. Esq.
> Florida Bar No. 762725

Co-counsel:   SUTTER MARITIME, LLC.
1140 Fruit Cove Road
Jacksonville, FL 32259
904-429-4334 (phone)
904-429-4418 (fax)
hsutter@suttermaritime.com

_____ 9/9/19
Howard T. Sutter, Esq.
Florida Bar No. 313971